AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scriven , Mary S. | U.S. District Court, Tampa, Division | 12/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
801 N. Florida AVe.
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Salary Trenam Kemker Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar Business Law Section | 04.12/2016-04/17/2016 | London England | State Bar Conference | Transportation, Meals, Lodging |
| 2. | The Federal Bar Association | 06/02/2016-06/03/2016 | Orlando, Florida | State Bar Meeting | Transportation, Meals, Lodging |
| 3. | The Florida Bar | 06/15/2016-06/17/2016 | Orlando, Florida | Speaker Participant Judicial RoundTable | Transportation, Meals,Lodging |
| 4. | The Florida Bar Business Law Section | 09/02/2016-09/05/2016 | Naples, Florida | Speaker Participant Bar Conference | Transportation, Meals, Lodging |
| 5. | MDL Panel | 10/31/2016-11/02/2016 | Palm Beach, Florida | Multidistrict Panel Member Conference | Transportation, Meals, Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Mutual Fund-Scudder Scudder Tax Exempt Money Fund | A | Interest | | | Closed | 05/25/16 | J | A | |
| 2. Hartford Fortis/bal (Hartford Balanced CLA) | A | Int./Div. | | | Closed | 05/31/16 | K | A | |
| 3. American Balanced Fund (Hartford Balanced CLA - name correction) | A | Int./Div. | | | Closed | 05/31/16 | K | A | |
| 4. American Funds AMCAP | A | Interest | | | Closed | 05/31/16 | K | A | |
| 5. American Funds American Income Trust (American High Income) | A | Interest | | | Closed | 05/31/16 | J | A | |
| 6. American Funds Growth Funds | B | Interest | | | Closed | 05/31/16 | K | A | |
| 7. Hartford Midcap | A | Interest | | | Closed | 05/31/16 | K | A | |
| 8. Hartford Div Growth | A | Interest | | | Closed | 05/31/16 | K | A | |
| 9. American Fund Income Fund | A | Interest | | | Closed | 05/31/16 | K | A | |
| 10. American Fund Investment Company of America (Invest Comp of America) | B | Interest | | | Closed | 05/31/16 | K | A | |
| 11. American Fund New Perspective | A | Interest | | | Closed | 05/31/16 | K | A | |
| 12. American Fund Small Cap World | A | Interest | | | Closed | 05/31/16 | K | A | |
| 13. SPDR Dow Jones Ind. Avg ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 14. SPDR Dow Jones Ind. Avg ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 15. ISHARES MSCI emerging mkts index ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 16. SPDR Dow Jones Ind. Avg ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 17. ISHARES MSCI EAFE INDEX ETF | A | Interest | | | Closed | 05/31/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ISHARES FLOATING RATE NOTE ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 19. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 20. ISHARES S&P CITIGROUP INTL TREASURY BOND ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 21. ISHARES CORE S&P 500 ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 22. ISHARES RUSSELL 1000 VALUE INDEX ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 23. ISHARS RUSSELL 1000 GROWTH INDEX ETF | A | Interest | | | Closed | 05/31/16 | K | A | |
| 24. ISHARES RUSSELL 2000 GROWTH INDEX ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 25. ISHARES RUSSELL MIDCAP GROWTH INDEX ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 26. ISHARES RUSSELL MIDCAP VALUE INDEX ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 27. ISHARES S&P GLOBAL ENERGY ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 28. ISHARES DOW JONES US REAL ESTATE ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 29. ISHARES IBOXX $INVESTMENT GRADE CORP BOND FUND | A | Interest | | | Closed | 05/31/16 | J | A | |
| 30. ISHARES BARCLAYS 0-5 YEAR TIPS BOND ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 31. POWERSHARES QQQ ETF | A | Interest | | | Closed | 05/31/16 | J | A | |
| 32. HARTFORD OPPTYS | B | Interest | | | Closed | 05/31/16 | J | A | |
| 33. HARTFORD GLOBAL CAPITAL APPRECIATION | A | Interest | | | Closed | 05/31/16 | K | A | |
| 34. EXCHANGE Yorkville High Income MLP ETF | A | Interest | | | Closed | 05/31/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianzgi Focused Growth Fund Institutional Class | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 36. BLACKROCK HEALTH SCI OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 37. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 38. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 39. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 40. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 41. BLUE CHIP GROWTH T. ROWE PRICE | A | Interest | J | T | Buy | 6/2/2016 | J | | |
| 42. BROCKERAGE MONEY MARKET | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 43. COHEN AND STEERS REALTY INCOME FUND INSTITUTIONAL CL | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 44. EQUITY INCOME FUND-SEL J.P. MORGAN FUNDS | C | Interest | J | T | Buy | 06/02/16 | J | | |
| 45. GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 46. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | B | Interest | K | T | Buy | 06/02/16 | K | | |
| 47. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 48. INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 49. JOHN HANCOCK DISCIPLINED VALUE MIDCAP FUND CLASS | B | Interest | J | T | Buy | 06/02/16 | J | | |
| 50. MATTHEWS JAPAN FUND | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 51. MATHEWS PACIFIC TIGER FUND | C | Interest | J | T | Buy | 06/02/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OPENHEIMER INTERNATIONAL GROWTH FUND CLASS Y | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 53. PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS IPRINCIPAL FDS INC MIDCAP | E | Interest | J | T | Buy | 06/02/16 | J | | |
| 54. PRINCIPAL FDS INC MIDCAP BLEND P | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 55. STRATEGIC INCOME OPPORTUNITIES I BLACK ROCK | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 56. VOYA FDS INTER BID FD I | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 57. Allianzgi Focused Growth Fund Institutional Class | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 58. BLACKROCK HEALTH SCI OPPS INST | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 59. BLACK ROCK STRATEGIC INC OPPS INST | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 60. BLUE CHIP GROWTH T ROWE PRICE | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 61. BROCKERAGE MONEY MARKET | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 62. COHEN ANFD STEERS REALTY INCOME FUND INSTITUTIONAL CL | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 63. EQUITY INCOME FUND-SEL J P MORGAN FUNDS | E | Interest | K | T | Buy | 06/02/16 | K | | |
| 64. GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 65. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | C | Interest | L | T | Buy | 06/02/16 | L | | |
| 66. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 67. INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | A | Interest | K | T | Buy | 06/02/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS | B | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 69. MATTHEWS JAPAN FUND | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 70. MATTHEWS PACIFIC TIGER FUND | D | Interest | K | T | Buy | 06/02/16 | K | | |
| 71. OPPENHEIMER INTERNATIONAL GROWTH FUND CLASS Y | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 72. PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS I | E | Interest | K | T | Buy | 06/02/16 | K | | |
| 73. PRINCIPAL FDS INC MIDCAP BLEND P | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 74. STRATEGIC INCOME OPPORTUNITIES I BLACK ROCK | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 75. VOYA FDS INTER BD FD I | A | Interest | L | T | Buy | 06/02/16 | L | | |
| 76. Loren Hazel Investment Group | E | Int./Div. | M | U | Buy | 03/02/16 | K | | Loren Hazel Invest. Group |
| 77. Hartford Small CAP Growth | A | Interest | | | Closed | 05/31/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 12/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544